# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S., <br>     Plaintiff <br>   v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br>     Defendant. | Case No. 8:19-01259-GJS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: November 13, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE