UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STROM, | ) No. 8:19-cv-1259-GJS |
| Plaintiff, | ) [PROPOSED] |
| | ) ORDER APPROVING ATTORNEY |
| v. | ) FEE UNDER 406(b) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court, having reviewed the Petition of The Law Offices of Martin Taller for approval of attorney fees under 42 USC §406(b), hereby approves an attorney fee in the amount  $37,742.25  to be paid from withheld benefits to the Law Offices of martin Taller. Upon receipt of said sum, The Law Offices of Martin Taller will refund the lesser of the fee received on this petition or the EAJA fee received to plaintiff.

DATED: September 26, 2022

_____
THE HONORABLE GAIL J. STANDISH
United States Magistrate Judge

1